**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000118
08-MAR-2017
08:31 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

DEAN DANIEL MARA, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee.

NO. CAAP-16-0000118

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDING PRISONER NO. 15-1-0025)
(CRIMINAL NO. 97-1415)

ORDER OF AMENDMENT
(By: Nakamura, Chief Judge, and Leonard and Reifurth, JJ.)

The Opinion of the court, filed on February 21, 2017, is hereby amended as follows:

1.  On page 9, in the fifth line of the first paragraph under Section III., the phrase "without jury findings" should be inserted between "judge" and "is" so that as amended, the text reads:  ". . . imposed by a judge without jury findings is· subject to . . . ."

2.  On page 11, in the second line under Section V., the word "to" should be inserted between "able" and "go" so that as corrected, the text reads:  ". . . able to go to federal court . . . ."

3.  On page 11, in the fourth line under Section V., the phrase "without jury findings" should be inserted between "judge" and "that" so that as corrected, the text reads:  ". . . imposed by a judge without jury findings that was not . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, March 8, 2017.

Chief Judge

Associate Judge

Associate Judge

2